1   LATHAM & WATKINS LLP
    Michael H. Rubin  (CA Bar No. 214636)
2        *michael.rubin@lw.com*
    Melanie M. Blunschi (CA Bar No. 234264)
3        *melanie.blunschi@lw.com*
    505 Montgomery Street, Suite 2000
4   San Francisco, California 94111-6538
    Telephone:  +1.415.391.0600
5   Facsimile:  +1.415.395.8095

6
    Serrin A. Turner (*pro hac vice*)
7        *serrin.turner@lw.com*
    1271 Avenue of the Americas
8   New York, NY 10020
    Telephone: +1.212.906.1200
9   Facsimile: +1.212.751.4864

10  Attorneys for Defendant *Accellion, Inc.*

11  *[Additional Counsel on Signature Page]*

12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

17  MADALYN BROWN, COLE MCDOWELL,          Case No. 5:21-cv-01155-EJD
    CHRISTY BROCKINGTON and DEREK
18  DAWES, individually and on behalf of all
    others similarly situated,             **JOINT STIPULATION AND
19                                          [PROPOSED] ORDER TO TOLL
                    Plaintiff,              DEADLINES TO RESPOND TO
20                                          CLASS PLAINTIFFS' COMPLAINTS
            v.                              AND TO EXTEND THE TIME TO
21                                          ANSWER OR RESPOND TO CLASS
    ACCELLION, INC., a Delaware Corporation, PLAINTIFFS' COMPLAINTS OR A
22                                          CONSOLIDATED AMENDED
                    Defendant.             COMPLAINT**
23
                                           Filed February 17, 2021
24
    ──────────────────────────────
25  SUSAN ZEBELMAN, on behalf of herself and   Case No. 5:21-cv-01203-EJD
    all others similarly situated,
26                                          Filed February 18, 2021
                    Plaintiff,
27
            v.
28
    ACCELLION, INC., a Delaware limited

1  liability company,

2      Defendant.

3  HEATHER RODRIGUEZ, on behalf of herself        Case No. 5:21-cv-01272-EJD
   and all others similarly situated,
4                                                  Filed February 22, 2021

5                      Plaintiff,

6      v.

7  ACCELLION, INC.,

8                      Defendant.

9

10 JARAMEY STOBBE, individually and on             Case No. 5:21-cv-01353-EJD
   behalf of all others similarly situated,
11

12                     Plaintiff,                   Filed February 24, 2021
       v.
13
   ACCELLION, INC.,
14
                       Defendant.
15

16

17 CHRISTINA PRICE, individually and on            Case No. 3:21-cv-01430-EJD
   behalf of herself and all other persons similarly
18 situated,

19                     Plaintiff,                   Filed February 26, 2021

20     v.

21 ACCELLION, INC.,

22                     Defendant.

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

| | |
|---|---|
| EUGENE BOLTON, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>ACCELLION, INC.,<br><br>     Defendant. | Case No.  5:21-cv-01645-EJD<br><br>Filed March 8, 2021 |
| VALERIE WHITTAKER, on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>ACCELLION, INC.,<br><br>     Defendant. | Case No.  5:21-cv-01708-EJD<br><br>Filed March 11, 2021 |
| RICKY COCHRAN and ALAIN BERREBI, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>THE KROGER CO. and ACCELLION, INC.,<br><br>     Defendants. | Case No.  5:21-cv-01887-EJD<br><br>Filed March 17, 2021 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

| | |
|---|---|
| GRACE BEYER, individually and on behalf of all others similarly situated, | Case No. 5:21-cv-02239-EJD |
| | Filed March 30, 2021 |
| Plaintiff, | |
| v. | |
| FLAGSTAR BANCORP, INC. d/b/a FLAGSTAR BANK and ACCELLION, INC., | |
| Defendants. | |
| AARON SHARP, on behalf of himself and all others similarly situated, | Case No. 5:21-cv-02525-EJD |
| | Filed April 7, 2021 |
| Plaintiff, | |
| v. | |
| ACCELLION, INC., | |
| Defendant. | |
| JANET POLLARD, individually and on behalf of all others similarly situated, | Case No. 5:21-cv-02572-EJD |
| | Filed April 8, 2021 |
| Plaintiff, | |
| v. | |
| ACCELLION, INC., and FLAGSTAR BANCORP, INC. /d/b/a FLAGSTAR BANK, | |
| Defendants. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

| | |
|---|---|
| J. Doe, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH NET OF CALIFORNIA, INC., HEALTH NET LLC, AND ACCELLION, INC.,<br><br>Defendants. | Case No. 5:21-cv-02975-EJD<br><br>Filed April 23, 2021 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1    WHEREAS, there are currently 12 related proposed consumer class actions pending

2    before the U.S. District Court for the Northern District of California against Defendant

3    Accellion, Inc. ("Accellion"):

4    • *Brown v. Accellion, Inc.*, No. 5:21-cv-01155-EJD, filed February 17, 2021;

5    • *Zebelman v. Accellion, Inc.*, No. 5:21-cv-01203-EJD, filed February 18, 2021;

6    • *Rodriguez v. Accellion, Inc.*, No. 5:21-cv-01272-EJD, filed February 22, 2021;

7    • *Stobbe v. Accellion, Inc.*, No 5:21-cv-01353-EJD, filed February 24, 2021;

8    • *Price v. Accellion, Inc.*, No. 3:21-01430-EJD, filed February 26, 2021;

9    • *Bolton v. Accellion, Inc.*, No. 5:21-cv-01645-EJD, filed March 8, 2021;

10    • *Whittaker v. Accellion, Inc.*, No. 5:21-cv-01708-EJD, filed March 11, 2021,

11    • *Cochran v. Kroger* and *Accellion, Inc.*, No. 5:21-cv-01887-EJD, filed March 17,

12     2021,

13    • *Beyer v. Flagstar Bank and Accellion, Inc.*, No. 5:21-cv-02239-EJD ("*Beyer*"), filed

14     March 30, 2021,

15    • *Sharp v. Accellion, Inc.*, No. 5:21-cv-02525-EJD, filed April 7, 2021,

16    • *Pollard v. Accellion, Inc. and Flagstar Bank*, No. 5:21-cv-02572-EJD, filed April 8,

17     2021,  and

18    • *Doe v. Health Net of California, Inc., Health Net LLC and Accellion, Inc.*, No. 5:21-

19     cv-02975-EJD, filed April 23, 2021, (together, the "Related Actions").

20    WHEREAS, on March 31, 2021, Plaintiff's counsel in *Beyer* filed a Motion for Transfer

21    and Centralization with the Judicial Panel on Multidistrict Litigation ("JPML") to consolidate

22    and transfer to the Northern District of California (the "JPML Motion"), the Related Actions and

23    certain additional actions listed herein: *Jones v. The Kroger Company*, No. 1:21-cv-00146-TSB

24    (S.D. Oh.), *Govaert and Moore v. The Kroger Company*, No. 1:21-cv-00174-TSB (S.D. Oh.),

25    *Doty, Shaw, and Simpson v. The Kroger Company*, No. 1:21-cv-00198-DRC (S.D. Oh.), *Angus

26    and Wiedder v. Flagstar Bank, FSB*, No. 2:21-cv-10657-AJT-DRG (E.D. Mich.), *Garcia v.

27    Flagstar Bank, FSB*, No. 2:21-cv-10671-DPH-APP (E.D. Mich.).

28

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1    WHEREAS, on April 7, 2021, Plaintiffs' counsel in *Beyer* filed a motion to consolidate

2  the Related Actions, and any other related actions filed in, removed to, or transferred to the

3  Northern District of California ("Motion to Consolidate") under Fed. R. Civ. P. 42(a) and to set a

4  briefing schedule for the appointment of interim co-lead class counsel.

5    WHEREAS, due to the separate filing and service dates of each of the Plaintiffs'

6  complaints, Defendant's deadlines to respond to each of the Related Actions' complaints vary

7  with great degree.

8    WHEREAS, Plaintiffs' counsel for the Related Actions recognize that it would be

9  inefficient for Defendant to respond to each complaint, particularly in light of the recently-filed

10  JPML Motion and the Motion to Consolidate.

11    WHEREAS to conserve party resources and for efficiency, Accellion asked Plaintiffs to

12  extend its time to respond to each of the Related Actions' Complaints and Plaintiffs agreed.

13    NOW THEREFORE, the Parties through their respective counsel hereby STIPULATE

14  AND AGREE that:

15    1.    The deadlines for Accellion to answer, move, or otherwise respond to the

16  Complaints in each of the Related Actions shall be tolled.

17    2.    The Parties agree to promptly meet and confer and, within ten (10) days of this

18  Court's ruling on the Motion to Consolidate, submit a proposed schedule for the filing of any

19  further complaint(s), Accellion's response to the Complaints, and any other applicable

20  procedural deadlines based on the Court's ruling.

21

22  Dated: May 12, 2021                    Respectfully submitted,

23                                  /s/*Melanie M. Blunschi*
                                     **LATHAM & WATKINS LLP**
24                                   Michael H. Rubin (CA Bar No. 214636)
                                       *Michael.rubin@lw.com*
25                                   Melanie M. Blunschi (CA Bar No. 234264)
                                       *Melanie.blunschi@lw.com*
26                                   505 Montgomery Street, Suite 2000
                                     San Francisco, California 94111-6538
27                                   Telephone: +1.415.391.0600
                                     Facsimile: +1.415.395.8095
28
                                     Serrin A. Turner (*pro hac vice*)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1
Serrin.turner@lw.com
1271 Avenue of the Americas
2
New York, NY 10020
Telephone: +1.212.906.1200
3
Facsimile: +1.212.751.4864

4
Attorneys for Defendant *Accellion Inc.*

5   Dated: May 12, 2021
*/s/ Polina Brandler*
6
JULIAN HAMMOND (CA Bar No. 268489)
jhammond@hammondlawpc.com
7
POLINA BRANDLER (CA Bar No. 269086)
pbrandler@hammondlawpc.com
8
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
9
**HAMMONDLAW, PC**
11780 W. Sample Road, Suite 1103
10
Coral Springs, FL 33065
Tel: (310) 601-6766
11
Fax: (310) 295-2385

12
Krysta Kauble Pachman
kpachman@susmangodfrey.com
13
Steven Sklaver
ssklaver@susmangodfrey.com
14
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
15
Los Angeles, CA 90067
Tel: (310) 789-3100
16
Fax: (310) 789-3150

17
*Attorneys for Plaintiff Madalyn Brown, et al.*

18

19

20   Dated: May 12, 2021
*/s/ John A. Yanchunis*
21
MICHAEL F. RAM (CA Bar No. 104805)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
22
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
23
Telephone: (415) 358-6913
Facsimile: (415) 358-6923
24
mram@forthepeople.com

25
JOHN A. YANCHUNIS
(*pro hac vice* application forthcoming)
26
RYAN D. MAXEY
(*pro hac vice* application forthcoming)
27
**MORGAN & MORGAN COMPLEX**
**LITIGATION GROUP**
28
201 N. Franklin Street, 7th Floor

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1

Tampa, Florida 33602
Tel: (813) 223-5505

2

jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

3

M. ANDERSON BERRY (CA Bar No.

4

262879)
LESLIE GUILLON (CA Bar No. 222400)

5

**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**

6

865 Howe Avenue
Sacramento, CA 95825

7

Telephone: (916) 777-7777
Facsimile: (916) 924-1829

8

aberry@justice4you.com
lguillon@justice4you.com

9

*Attorneys for Plaintiff Susan Zebelman*

10

Dated: May 12, 2021

11

*/s/  Simon Grille*
DANIEL C. GIRARD (CA Bar No. 114826)
JORDAN ELIAS (CA Bar No. 228731)

12

ADAM E. POLK (CA Bar No. 273000)
SIMON GRILLE (CA Bar No. 294914)

13

**GIRARD SHARP LLP**
601 California Street, Suite 1400

14

San Francisco, California 94108
Telephone: (415) 981-4800

15

Facsimile: (415) 981-4846
dgirard@girardsharp.com

16

jelias@girardsharp.com
apolk@girardsharp.com

17

@girardsharp.com

18

*Attorneys for Plaintiff Heather Rodriguez*

19

20

Dated: May 12, 2021

*/s/ Andrew W. Ferich*
TINA WOLFSON (CA Bar No. 174806)

21

*twolfson@ahdootwolfson.com*
ROBERT AHDOOT (CA Bar No. 172098)

22

*rahdoot@ahdootwolfson.com*
THEODORE MAYA (CA Bar No.  223242)

23

*tmaya@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**

24

2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521

25

Telephone:  310.474.9111
Facsimile:  310.474.8585

26

27

ANDREW W. FERICH (*pro hac vice* pending)
*aferich@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**

28

201 King of Prussia Road, Suite 650

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1   Radnor, PA 19087
    Telephone:  310.474.9111
2   Facsimile:   310.474.8585

3   BEN BARNOW (*pro hac vice*)
    b.barnow@barnowlaw.com
4   ERICH P. SCHORK (*pro hac vice*)
    e.schork@barnowlaw.com
5   ANTHONY L. PARKHILL (*pro hac vice*)
    aparkhill@barnowlaw.com
6   **BARNOW AND ASSOCIATES, P.C.**
    205 West Randolph Street, Suite 1630
7   Chicago, IL 60606
    Telephone: 312.621.2000
8
    *Attorneys for Plaintiff Jaramey Stobbe*
9

10  Dated: May 12, 2021          */s/ Gayle M. Blatt*
                                 DAVID S. CASEY (CA Bar No. 060768)
11                               GAYLE M. BLATT (CA Bar No. 122048)
                                 JEREMY ROBINSON (CA Bar No. 188325)
12                               P. CAMILLE GUERRA (CA Bar No. 326546)
                                 CATHERINE M. MCBAIN (CA Bar No.
13                               303911)
                                 **CASEY GERRY SHENK**
14                               **FRANCAVILLA BLATT & PENFIELD**
                                 **LLP**
15                               110 Laurel Street
                                 San Diego, CA 92101
16                               Tel: 619-238-1811
                                 Fax: 619-544-9232
17                               dcasey@cglaw.com
                                 gmb@cglaw.com
18                               jrobinson@cglaw.com
                                 camille@cglaw.com
19                               kmcbain@cglaw.com

20                               *Attorneys for Plaintiff Christina Price*

21

22  Dated: May 12, 2021          */s/ Gary F. Lynch*
                                 TODD D. CARPENTER (CA Bar No.
23                               234464)
                                 tcarpenter@carlsonlynch.com
24                               **CARLSON LYNCH LLP**
                                 1350 Columbia St., Ste. 603
25                               San Diego, CA 92101
                                 Tel: 619-762-1900
26                               Fax: 619-756-6991

27                               GARY F. LYNCH (*pro hac vice forthcoming*)
                                 glynch@carlsonlynch.com
28                               KELLY K. IVERSON (*pro hac vice*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1  *forthcoming*)
   kiverson@carlsonlynch.com
2  NICHOLAS COLELLA (*pro hac vice*
   *forthcoming*)
3  ncolella@carlsonlynch.com
   **CARLSON LYNCH LLP**
4  1133 Penn Ave., 5th Floor
   Pittsburgh, PA 15222
5  Tel: 412-322-9243
   Fax: 412-231-0246
6
   *Attorneys for Plaintiff Eugene Bolton*
7
   Dated: May 12, 2021          /s/ Alex M. Outwater
8                               **SCOTT+SCOTT ATTORNEYS AT LAW
                                LLP**
9                               ALEX M. OUTWATER (CA Bar No.
                                259062)
10                              aoutwater@scott-scott.com
                                600 W. Broadway, Suite 3300
11                              San Diego, CA 92101
                                Tel: 619-233-4565
12                              Fax: 619-233-0508

13                              JOSEPH P. GUGLIELMO (*pro hac vice*)
                                jguglielmo@scott-scott.com
14                              ERIN GREEN COMITE (*pro hac vice*
                                *forthcoming*)
15                              ecomite@scott-scott.com
16                              CAREY ALEXANDER (*pro hac vice*)
                                calexander@scott-scott.com
17                              230 Park Avenue, 17th Floor
                                New York, NY 10169
18                              Telephone: 212-223-6444
19                              Facsimile: 212-223-6334

20                              *Attorneys for Valerie Whittaker*

21 Dated: May 12, 2021          /s/ Andrew W. Ferich
                                TINA WOLFSON (CA Bar No. 174806)
22                              twolfson@ahdootwolfson.com
                                ROBERT AHDOOT (CA Bar No. 172098)
23                              rahdoot@ahdootwolfson.com
                                THEODORE MAYA (CA Bar No. 223242)
24                              tmaya@ahdootwolfson.com
                                **AHDOOT & WOLFSON, PC**
25                              2600 W. Olive Avenue, Suite 500
                                Burbank, CA 91505-4521
26                              Telephone: 310.474.9111
                                Facsimile: 310.474.8585
27
                                ANDREW W. FERICH (*pro hac vice*
28                              forthcoming)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1   aferich@ahdootwolfson.com
    **AHDOOT & WOLFSON, PC**
2   201 King of Prussia Road, Suite 650
    Radnor, PA 19087
3   Telephone:  310.474.9111
    Facsimile:   310.474.8585
4
    BEN BARNOW (*pro hac vice*)
5   b.barnow@barnowlaw.com
    ERICH P. SCHORK (*pro hac vice*)
6   e.schork@barnowlaw.com
    ANTHONY L. PARKHILL (*pro hac vice*)
7   aparkhill@barnowlaw.com
    **BARNOW AND ASSOCIATES, P.C.**
8   205 West Randolph Street, Suite 1630
    Chicago, IL 60606
9   Telephone: 312.621.2000

10  *Attorneys for Plaintiffs Ricky Cochran and Alan Berrebi*
11
12
13  Dated: May 12, 2021            /s/ Andrew W. Ferich
    TINA WOLFSON (CA Bar No.  174806)
    twolfson@ahdootwolfson.com
14  ROBERT AHDOOT (CA Bar No.  172098)
    rahdoot@ahdootwolfson.com
15  THEODORE MAYA (CA Bar No.  223242)
    tmaya@ahdootwolfson.com
16  **AHDOOT & WOLFSON, PC**
    2600 W. Olive Avenue, Suite 500
17  Burbank, CA 91505-4521
    Telephone:  310.474.9111
18  Facsimile:   310.474.8585

19  ANDREW W. FERICH (*pro hac vice* pending)
    aferich@ahdootwolfson.com
20  **AHDOOT & WOLFSON, PC**
    201 King of Prussia Road, Suite 650
21  Radnor, PA 19087
    Telephone:  310.474.9111
22  Facsimile:   310.474.8585

23  *Attorneys for Plaintiff Grace Beyer*
24
25  Dated: May 12, 2021            /s/ Kate M. Baxter-Kauf
    TODD D. CARPENTER (CA Bar No. 234464)
26
    tcarpenter@carlsonlynch.com
27  **CARLSON LYNCH LLP**
    1350 Columbia St., Ste. 603
28  San Diego, CA 92101

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

Tel: 619-762-1900
Fax: 619-756-6991

KAREN HANSON RIEBEL (*pro hac vice forthcoming*)
khriebel@locklaw.com
KATE M. BAXTER-KAUF (*pro hac vice forthcoming*)
kmbaxter-kauf@locklaw.com
**LOCKRIDGE GRINDAL NAUEN P.L.L.P**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

*Attorneys for Plaintiff Aaron Sharp*

Dated: May 12, 2021

/s/ Jonathan Rotter
KARA M. WOLKE (CA Bar No. 241521)
kwolke@glancylaw.com
MARC L. GODINO (CA Bar No. 182689)
mgodino@glancylaw.com
JONATHAN ROTTER (CA Bar No. 234137)
jrotter@glancylaw.com
PAVITHRA RAJESH (CA Bar No. 323055)
prajesh@glancylaw.com
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: +1.310.201.9150
Facsimile: +1.310.201.9160

*Attorneys for Plaintiff Janet Pollard*

Dated: May 12, 2021

/s/ Matthew B. George
LAURENCE D. KING
lking@kaplanfox.com
MATTHEW B. GEORGE
mgeorge@kaplanfox.com
MARIO M. CHOI
mchoi@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, California 94104
Telephone: +1.415.772.4700
Facsimile: +1.415.772.4707

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOEL B. STRAUSS (*pro hac vice* to be filed)
*jstrauss@kaplanfox.com*
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: +1.212.678.1980
Facsimile: +1.212.678.7714

*Attorneys for Plaintiff J. Doe*

PURSUANT TO THE FOREGOING STIPULATION, **IT IS SO ORDERED.**

DATED: __May 13, 2021__

Hon. Edward J. Davila
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD