Amy P. Lally, SBN 198555
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars 17th Floor
Los Angeles CA 90067
Telephone: (310) 595-9500
Fax: (310) 595-9501

Eamon P. Joyce (*pro hac vice*)
ejoyce@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Defendants*
**The Kroger Co.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY COCHRAN, ALAIN BERREBI, and JARAMEY STOBBE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO. and ACCELLION, INC,<br><br>Defendants. | Case No 5:21-cv-01887-EJD<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER ADVANCING THE HEARING ON PLAINTIFFS MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>Assigned to:  Hon. Edward J. Davila |

Having considered Defendant's Application, and for compelling reasons and good cause shown, the Court **GRANTS** the Administrative Motion to (1) advance the hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, and (2) continues the Case Management Conference in the above-referenced matter to August __5__, 2021.

**IT IS SO ORDERED.**

DATED:   July 13, 2021

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE