IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 1 6 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RICKY COCHRAN, ALAIN BERREBI, and
JARAMEY STOBBE,
Plaintiff's

vs.   Cause No. Case No. 5:21-cv-01887-EJD

The Kroger Company,
Defendant.

**PRO-SE PLAINTIFF ACCEPTANCE OF TERMS OF SETTLEMENT**

Comes now, James Martin the Plaintiff (Pro-se) in the United State District Court of Southern Indiana, under Cause Number: Case No. 1:21-CV-00717-JRS-DML and do hereby agree to the terms and conditions in this settlement in the following manner:

The Settlement would establish a non-reversionary cash fund of $5 million to pay for valid claims, notice and administration costs, and incentive awards to the named Plaintiffs and any attorneys' fees and costs awarded by the Court. Claimants may elect to receive:

a cash payment, calculated in accordance with the terms of the Settlement Agreement (with double the amount to this plaintiff because of the statutory claims available to them); the cost of the plaintiff to litigate this claim and for his own personal materials for the litigation of this claim no less than $5,000.00.

WHEREFORE, the plaintiff agrees to the above terms and conditions to settle and dismiss his claim with prejudice to the acceptance of the above terms and conditions.

Dated: July 12th, 2021        By:   James Martin, Plaintiff

                                    _/s/ James Martin_

1

## Certificate of Service

I hereby certify that I have served a true copy of this Motion upon counsel for the Defendant via' First Class US Mail on the date below to:

Sidley Austin LLP
Colleen Theresa Brown
1501 K. Street N.W.
Washington D.C. 20005

Nathaniel Lampley, Jr.
301 E. Fourth Street
Suite 3500
Great American Tower
Cincinnati, OH 45202

TINA WOLFSON
ROBERT AHDOOT
THEODORE MAYA
AHDOOT & WOLFSON, PC
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521

BEN BARNOW
ANTHONY L. PARKHILL
BARNOW AND ASSOCIATES, P.C.
205 West Randolph Street, Suite 1630
Chicago, IL 60606

Dated: July 12th, 2021                By: James Martin

James Martin
735 ½ Center Street
Shelbyville, IN 46176
(317) 512-6229
Jamesamartin3@gmail.com