Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

RICKY COCHRAN and ALAIN BERREBI, individually and on behalf of all others similarly situated,

　　　　　　　　　　　Plaintiff(s),

　　v.

THE KROGER CO. and ACCELLION, INC.

　　　　　　　　　　　Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)

Case No: 5:21-cv-01887-EJD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Colleen T. Brown, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant The Kroger Company in the above-entitled action. My local co-counsel in this case is Amy P. Lally, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1501 K Street, N.W. Washington, DC  20005 | 1999 Avenue of the Stars, 17th Floor Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: (202) 736-8000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (310) 595-9500 |
| MY EMAIL ADDRESS OF RECORD: ctbrown@sidley.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: alally@sidley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 984668.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/15/21

　　　　　　　　　　　　　　Colleen T. Brown
　　　　　　　　　　　　　　APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Colleen T. Brown is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 21, 2021

　　　　　　　　　　　　　　UNITED STATES DISTRICT/~~MAGISTRATE JUDGE~~