Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Cochran, et al.
                                      )
                    Plaintiff(s),     )     Case No:  5:21-cv-01887-EJD
                                      )
                                      )     **APPLICATION FOR**
         v.                           )     **ADMISSION OF ATTORNEY**
                                      )     **PRO HAC VICE**
The Kroger Co., et al.                )     (CIVIL LOCAL RULE 11-3)
                                      )
                    Defendant(s).     )
                                      )

I, Andrew W. Ferich, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Ricky Cochran, Alain Berrebi & Jaramy Stobbe in the above-entitled action. My local co-counsel in this case is Tina Wolfson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Ahdoot & Wolfson, PC, 201 King of Prussia Rd. Suite 650, Radnor, PA 19087 | Ahdoot & Wolfson, PC, 2600 W. Olive Ave., Suite 500, Burbank, CA 91505 |
| MY TELEPHONE # OF RECORD: (310) 474-9111 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (310) 474-9111 |
| MY EMAIL ADDRESS OF RECORD: aferich@ahdootwolfson.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: twolfson@ahdootwolfson.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 313696.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  07/15/21                          Andrew W. Ferich
                                          APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Andrew W. Ferich is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  July 21, 2021

UNITED STATES DISTRICT/~~MAGISTRATE JUDGE~~