Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Cochran, et al.

        Plaintiff(s),

v.

The Kroger Co., et al.

        Defendant(s).

Case No: 5:21-cv-01887-E

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ben Barnow, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Ricky Cochran, Alain Berrebi & Jaramy S in the above-entitled action. My local co-counsel in this case is Tina Wolfson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Barnow and Associates, P.C., 205 W. Randolph St., Ste. 1630, Chicago, IL 60606 | Ahdoot & Wolfson, P.C., 2600 W. Olive Ave., Suite 500, Burbank, CA 91505 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 621-2000 | (310) 474-9111 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| b.barnow@barnowlaw.com | twolfson@ahdootwolfson.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0118265.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/16/21

                Ben Barnow
                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ben Barnow is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 21, 2021

            UNITED STATES DISTRICT/~~MAGISTRATE JUDGE~~