UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICKY COCHRAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACCELLION, INC., et al.,<br><br>Defendants. | Case No.  5:21-cv-01887-EJD<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION TO CHANGE TIME OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Re: Dkt. No. 58 |

Proposed Intervenors James Jones, Tina Govaert, Lenora Doty, Elizabeth Shaw, Tracy Simpson, Kevin Corbett, Eula Douglas, Delilah Parker, Alexander Buck, Ann Marie Strohm, Caren-Butler Alexander, Karen Godovchik, and Michael Godovchik ("Intervenors") have moved for an order requesting the Court to move the hearing on the Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 31) from August 5, 2021 to on or after October 28, 2021, at 9:00 a.m., so that Intervenors can present their Motion to Intervene as well as their Opposition to Preliminary Approval of Class Action Settlement. *See* Administrative Motion to Change Time Regarding Motion for Preliminary Approval of Class Action Settlement ("Administrative Motion"), Dkt. No. 58.

Having considered the Intervenors Administrative Motion, the Opposition to the Administrative Motion filed by Plaintiffs (Dkt. No. 70), and the Opposition to the Administrative Motion filed by The Kroger Co. (Dkt. No. 72), the Court HEREBY ORDERS that Plaintiffs' Motion for Preliminary Approval of Class Action Settlement shall remain scheduled for hearing on **August 5, 2021**. The Court will however allow the Intervenors to appear and be heard at the

Case No.: 5:21-cv-01887-EJD
ORDER REGARDING ADMINISTRATIVE MOTION TO CHANGE TIME OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

1

August 5, 2021 hearing.

Counsel for Intervenors who wish to be identified by the Court as making an appearance or heard during the hearing shall provide notice to the Court per Dkt. No. 55.

**IT IS SO ORDERED.**

Dated: August 3, 2021

EDWARD J. DAVILA
United States District Judge

Case No.: 5:21-cv-01887-EJD
ORDER REGARDING ADMINISTRATIVE MOTION TO CHANGE TIME OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
2