TINA WOLFSON (SBN 174806)
*twolfson@ahdootwolfson.com*
ROBERT AHDOOT (SBN 172098)
*rahdoot@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone: 310.474.9111
Facsimile: 310.474.8585

ANDREW W. FERICH (*pro hac vice*)
*aferich@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: 310.474.9111
Facsimile: 310.474.8585

BEN BARNOW (*pro hac vice*)
*b.barnow@barnowlaw.com*
ANTHONY L. PARKHILL (*pro hac vice*)
*aparkhill@barnowlaw.com*
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Suite 1630
Chicago, IL 60606
Telephone: 312.621.2000

*Attorneys for Plaintiffs and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICKY COCHRAN, ALAIN BERREBI, and JARAMEY STOBBE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE KROGER CO. and ACCELLION, INC.,<br><br>Defendants. | Case No. 5:21-cv-01887-EJD<br><br>Hon. Edward J. Davila<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES**<br><br>Date:   March 10, 2021<br>Time:   9:00 a.m.<br>Room: 4, 5th Floor<br>Judge: Hon. Edward J. Davila |

Plaintiffs Ricky Cochran, Alain Berrebi, and Jaramey Stobbe ("Plaintiffs"), and Defendant The Kroger Co. ("Defendant") (together, the "Parties") jointly stipulate to continue the final fairness hearing and deadline for Plaintiffs' motion for final approval.

**WHEREAS**, on November 5, 2021, the Court entered an order setting the final fairness hearing in this matter for January 13, 2022 at 10:00 a.m., and setting the deadline for Plaintiffs to file their motion for final approval by no later than December 30, 2021 (ECF No. 98);

**WHEREAS**, the Parties have met and conferred and have determined that the current date for the fairness hearing (i.e., January 13, 2022) set by the Court falls before the Settlement's exclusion and objection deadlines; and

**WHEREAS**, the Parties have communicated this point to the Court, and the Court has indicated that it is amenable to continuing the final fairness hearing to March 10, 2022 at 9:00 a.m. and resetting the deadline for Plaintiffs' motion for final approval for January 14, 2022.

**NOW THEREFORE**, the Parties hereby stipulate and agree, through their respective counsel, subject to the Court's approval, as follows:

1. The final fairness hearing shall be continued to March 10, 2022 at 9:00 a.m.; and

2. Plaintiffs' motion for final approval of the class action settlement shall be filed by no later than January 14, 2022.

IT IS SO STIPULATED.

Dated: November 10, 2021          **AHDOOT & WOLFSON, PC**

                                  By: */s/ Tina Wolfson*
                                  TINA WOLFSON (SBN 174806)
                                  ROBERT AHDOOT (SBN 172098)
                                  2600 W. Olive Avenue, Suite 500
                                  Burbank, CA 91505-4521
                                  Telephone: 310.474.9111
                                  Facsimile: 310.474.8585

                                  ANDREW W. FERICH (*pro hac vice*)
                                  **AHDOOT & WOLFSON, PC**
                                  201 King of Prussia Road, Suite 650
                                  Radnor, PA 19087

|   |   |
|---|---|
| | Telephone: 310.474.9111 |
| | Facsimile: 310.474.8585 |
| | |
| | BEN BARNOW (*pro hac vice*) |
| | b.barnow@barnowlaw.com |
| | ANTHONY L. PARKHILL (*pro hac vice*) |
| | aparkhill@barnowlaw.com |
| | **BARNOW AND ASSOCIATES, P.C.** |
| | 205 West Randolph Street, Suite 1630 |
| | Chicago, IL 60606 |
| | Telephone: 312.621.2000 |
| | |
| | *Attorneys for Plaintiffs and the Proposed Class* |
| | |
| Dated: November 10, 2021 | /s/ *Amy P. Lally* |
| | AMY P. LALLY (SBN 198555) |
| | alally@sidley.com |
| | **SIDLEY AUSTIN LLP** |
| | 1999 Avenue of the Stars, 17th Floor |
| | Los Angeles, CA 90067 |
| | Tel: 310-595-9500; Fax: 310.595.9501 |
| | |
| | *Attorneys for Defendant The Kroger Co* |

### ATTESTATION OF CONCURRENCE IN FILING

In accord with Northern District of California Local Rule 5.1(i)(3), I, Tina Wolfson, attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page(s).

Executed this 10th day of November, 2021, in Los Angeles, California.

/s/ *Tina Wolfson*
Tina Wolfson

- 2 -

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES
NO. 5:21-cv-01887-EJD

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: November 12, 2021

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE