1
2
3
4
5
6
7
8
9
10
11

| | |
|---|---|
| RICKY COCHRAN, ALAIN BERREBI, and JARAMEY STOBBE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>    v.<br><br>THE KROGER CO. and ACCELLION, INC.,<br><br>    Defendants. | Case No. 5:21-cv-01887-EJD<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br>JUDGE:  Hon. Edward J. Davila<br>CTRM:   4, 5th Floor |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On <u>March 24</u>, 2022, the Court [granted] Plaintiffs' motion for final approval of their Settlement with The Kroger Co., and [granted] Plaintiffs' motion for a Fee and Expense Award in the amounts of $<u>1,231,628</u> and $<u>18,372</u>, respectively, and Service Payments in the amount of $<u>1,500</u> for each Class Representative Plaintiff. ECF No. <u>115</u>. Pursuant to Fed. R. Civ. P. 54(b), judgment is hereby entered as to Defendant The Kroger Co. only.

**IT IS SO ORDERED.**

Date: <u>     March 24    </u>, 2022

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE